**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

RUBEN RODRIGUEZ,

Petitioner

: No. 340 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.